UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| Mary Ellen Wodzisz, | ) | CASE NO. 12– 48199 |
| | ) | JUDGE: BRUCE BLACK |
| Debtors. | ) | (JOLIET) |

NOTICE OF MOTION

TO: Clerk, U.S. Bankruptcy Court, 219 S Dearborn Street # 710, Chicago, IL 60604 (Via ECF Notice)
  U.S. Trustee's Office, 219 S Dearborn Street # 873, Chicago, IL 60604 (Via ECF Notice)
  Office of Glenn B. Stearns, 801 Warrenville Road # 650, Lisle, IL 60532 (Via ECF Notice)
  SEE ATTACHED SERVICE LISTING
  (All entities on the Attached list Served Via U.S. Mail)

   PLEASE TAKE NOTICE that on Friday, the 6th day of May, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before his Honor Judge Bruce Black in the Joliet City Hall, 150 W. Jefferson Street, 2nd Floor, Joliet, Illinois, or any other Bankruptcy Judge who may be presiding in his place and stead and shall then and there present:   Motion to Determine Amount of Final Cure Payment
at which time you may appear if you so desire
DATED:  March 29, 2016

                              /s/ John A. Reed
                              _____
                              JOHN A. REED # 02299909
                              Attorney At Law
                              63 W Jefferson St # 200
                              Joliet  IL  60432
                              Phone 815/726-9100


STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF W I L L  )

   I, John A. Reed, an attorney, being duly sworn on oath, states that the documents attached hereto are true and correct copies of the original and that the date set forth in the Notice above is true and correct and further certify that this notice was served to the addresses listed above and to all addresses noted on the attached service list.  It was also served to the persons noted as being served by electronic notice through the Clerk's ECF System.  The documents served by mail were served by depositing same in the U.S. Mail at 63 W. Jefferson Street, Joliet, Illinois, on or before 5:00 p.m. on March 29, 2016, with the proper postage prepaid.

                              /s/ John A. Reed
                              _____

## SERVICE LISTING

Notice via U.S. Mail:

Mary Ellen Wodzisz
250 Ashcroft lane
Oswego  IL  60543

BMO Harris Bank NA
Attn:  Michelle L. McConnell
P.O. Box 2035
Milwaukee  WI  53201

Rachael Stokas
Codilis & Associates, PC
15W030 N Frontage Road # 100
Burr Ridge  IL  60527

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| Mary Ellen Wodzisz, | ) | CASE NO. 12-48199 |
| | ) | JUDGE: BRUCE BLACK |
| Debtor. | ) | (JOLIET) |

### MOTION TO DETERMINE AMOUNT OF FINAL CURE PAYMENT

NOW COMES the Debtor, MARY ELLEN WODZISZ, by and through her attorney, JOHN A. REED, and for her motion to determine the amount of the final cure payment pursuant to Rule 3002.1(h) states as follows:

1. That Debtor filed a Chapter 13 petition on December 7, 2012.

2. That on February 19, 2016, the trustee filed a Notice of Final Mortgage Cure with the Court.

3. That on March 11, 2016, BMO Harris Bank, N.A. (Creditor) filed a Response to Notice of Final Cure Payment which alleges that Debtor is $ 42,495.31 in arrears with her post-petition mortgage payments.

4. That the escrow analysis attached to the Notice of Mortgage Payment Change which was filed with the Court by Creditor on December 4, 2015, stated there was an overage of $ 10,975.23 in her escrow account as of November 12, 2015.

5. That Debtor disputes that she is $ 42,495.31 in arrears and wants the Court to make a determination of the amount of monies necessary to cure any alleged default.

WHEREFORE, the Debtor moves that the Court determine the amount of monies necessary to cure the post-petition default.

MARY ELLEN WODZISZ, Debtor,


BY: _____/s/ John A. Reed_____
      JOHN A. REED, Her Attorney


JOHN A. REED # 02299909
Attorney At Law
63 W. Jefferson Street # 200
Joliet IL 60432
Phone 815/726-9100

2