UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 Proceedings |
| | ) | |
| Mary Ellen Wodzisz, | ) | Case No 12-48199 |
| | ) | Judge Bruce W. Black |
| Debtor. | ) | Joliet |

**Supplement to Debtor's Motion for Determination of Final Cure Amount**

Now Comes the Debtor, Mary Ellen Wodzisz, by and through her attorney, Thomas W. Toolis, and supplements her motion requesting this Court determine final cure amount; and in support thereof states as follows:

1. That the Debtor filed a Chapter 13 Petition on December 7, 2012.

2. Pursuant to the Note signed by the parties, principal and interest payments totaled $1,192.36. *See the Note attached as Exhibit A.*

3. On February 5, 2013, BMO Harris Bank, hereinafter, "Harris", filed a proof of claim alleging an arrearage of $18,226.29, comprised in part of 6 monthly installments of $1,897.70 totaling $11,386.20 plus fees, interest and other charges. Upon information and belief, the payment amount above $1,192.36 was an escrow for tax payments. *See attached Exhibit B.*

4. Homeowner's insurance was not escrowed with the mortgage company as it was paid directly by the Debtor to her insurance company.

5. During the term of the plan, property taxes in the amount of $8,479.48 were due for year 2012 payable in 2013 escrow payments.

6. During the term of the plan, property taxes in the amount of $8,819.58 were due for year 2013 payable in 2014 escrow payments.

7. During the term of the plan, property taxes in the amount of $8,832.42 were due for year 2014 payable in 2015 escrow payments.

8. During the term of the plan, property taxes in the amount of $8,874.26 were due for year 2015 payable in 2016 escrow payments.

9. Upon information and belief, the Chapter 13 Trustee has made all payments required under the Debtor's Plan.

10. Total payments paid directly by the Debtor to Harris during the term of the Plan are $62,935.00. *See attached Exhibit C.*

11. Total Payments owed to Harris during the term of the Bankruptcy are $69,451.22. *See attached Exhibit C.*

12. Upon information and belief, Harris has improperly failed to adjust its arrearage balance as of the filing of this case and misapplied Chapter 13 Trustee Payments.

**WHEREFORE**, the Debtor hereby requests that an order be entered requiring BMO Harris Bank to:

1. Adjust its account and records to accurately reflect the proper balance due;

2. Adjust its escrow account to properly reflect the current balance on hand;

3. Pay attorney's fees for the cost of this motion; and

4. Any other or further relief this court deems just.

Dated this 22nd day of June, 2016.

/s/ Thomas W. Toolis
Thomas W. Toolis
Frankfort Law Group
Attorney for Debtors/Movants
10075 W. Lincoln Highway
Frankfort, IL 60423
Voice: (708) 349-9333 / FAX: (708) 349-8333
Email: twt@jtlawllc.com