UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Bruce W. Black | **Hearing Date** | 6/24/2016 |
| **Bankruptcy Case** | 12 B 48199 | **Adversary No.** | |
| **Title of Case** | Mary Wodzisz | | |

**Brief Statement of Motion**: Debtor's Motion for Determination of Final Cure and Mortgage Payment

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

Parties granted leave to file and serve response by or before JULY 22, 2016

Reply to be filed and served by or before AUGUST 12, 2016

*/s/ Bruce W. Black*
U S Bankruptcy Judge Bruce W. Black