## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                         )      Chapter 13
    Mary Ellen Wodzisz,                  )      Bankruptcy No: 12 B 48199
        Debtor.                          )      Judge Bruce W. Black
                                               )

### ORDER REGARDING EVIDENTIARY HEARING
### ON MOTION FOR DETERMINATION OF FINAL CURE (DOC#41)

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court **on or before September 15, 2016**, a **joint document** captioned "Prehearing Statement." The Prehearing Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court with **two hard** copies, of all exhibits to be used at hearing by **September 15, 2016**. Each exhibit will be pre-marked and will include page numbers and be tabbed and bound, *e.g.*, "Plaintiff's Exhibit A-1." Any exhibit to which an objection is not raised in the Prehearing Statement will be received in evidence without an offer during the hearing.

The hearing is set for **September 23, 2016 at 1:00 p.m.** at Joliet City Hall, 150 W. Jefferson Street, 2nd Floor, Joliet, Illinois.

<u>An attorney who is a member of the trial bar under the provisions of Rule 2090-1 of the local Bankruptcy Rules of this Court shall participate in the trial.</u>

ENTER:

**Dated: August 23, 2016**

/s/ Bruce W. Black
Bruce W. Black
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| Mary Ellen Wodzisz, | ) | Bankruptcy No: 12 B 48199 |
| Debtor. | ) | Judge Bruce W. Black |
| | ) | |

### Certificate of Service

I, Linda Montano, hereby certify that I caused to be mailed, the attached Order regarding Evidentiary Hearing dated August 23, 2016, to the parties listed below:

Mary Ellen Wodzisz
250 Ashcroft Lane
Oswego, IL 60543

John A. Reed
John A. Reed Ltd.
63 W. Jefferson Street, #200
Joliet, IL 60432

Thomas W. Toolis
Jahnke, Sullivan & Toolis, LLC
10075 W. Lincoln Highway
Frankfort, IL 60423

Rachael A. Stokas
Codilis & Associates
15W030 N. Frontage Rd., Ste. 100
Burr Ridge, IL 60527

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, IL 60532

Adham Alaily
Egan & Alaily LLC
321 N. Clark St., Suite 1430
Chicago, IL 60654

Date: August 23, 2016

_Linda Montano_
Linda Montano, Judicial Assistant to
The Honorable Bruce W. Black