UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Mary Ellen Wodzisz<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   12-48199<br><br>Chapter:  13<br>Honorable Bruce W. Black<br>Joliet |

**AGREED ORDER ON DEBTORS' MOTION
PURSUANT TO BANKRUPTCY RULE 3002.1(h)**

THIS MATTER coming to be heard on Debtors' Motion Pursuant to Bankruptcy Rule 3002.1(h), due notice having been given, and the Court fully apprised in the premises,

IT IS HEREBY ORDERED:

1) The parties agree that the amount necessary to cure the post-petition default to BMO Harris Bank N.A. ("BMO") is $17,782.13; this amount reflects post-petition payments due from the petition date through December 31, 2015; and

2) The parties agree that BMO shall pay Debtor's attorney fees of $3,500.00 on or before October 28, 2016.

Enter:

*Bruce W. Black*

Dated: 21 OCT 2016

United States Bankruptcy Judge

**Prepared by:**
Thomas W. Toolis
Frankfort Law Group
10075 W. Lincoln Hwy.
Frankfort, IL 60423
(708) 349-9333

Rev: 20130103_bko